

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0213-21

**SCOTT HUDDLESTON, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW FROM THE ELEVENTH COURT OF APPEALS JONES COUNTY

*Per Curiam.*

### O R D E R

The State has filed a petition for discretionary review in this case. Today, we grant the State's petition and we determine that this case shall proceed on an expedited briefing schedule. Accordingly, the State's brief shall be filed on or before ten days from the date of this order. Appellant's brief shall be filed on or before ten days after the State's brief. No extensions will be granted.

Delivered May 19, 2021
Publish